# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| PAMELA A. BAUGHER,<br><br>                              Plaintiff,<br><br>       v.<br><br>KADLEC REGIONAL MEDICAL CENTER,<br><br>                              Defendant. | NO:  4:18-CV-5123-TOR<br><br>ORDER OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE |

BEFORE THE COURT is Plaintiff's Motion to Dismiss Complaint (ECF No. 7) filed on July 30, 2018.  The motion was submitted for consideration without oral argument.  The Court has reviewed the motion and the record therein and is fully informed.  Because Defendant has neither filed an answer nor moved for summary judgment, Plaintiff has an absolute right to voluntarily dismiss this case. Fed. R. Civ. P. 41(a)(1)(A)(i).

///

///

**ACCORDINGLY, IT IS HEREBY ORDERED**:

All claims and causes of action in this matter are **DISMISSED** without prejudice.

The District Court Executive is hereby directed to enter this Order, and Judgment accordingly, furnish copies to the parties, and **CLOSE** the file.

**DATED** August 9, 2018.



THOMAS O. RICE
Chief United States District Judge