# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| PAMELA A. BAUGHER, <br> *Plaintiff* <br> v. <br> KADLEC REGIONAL MEDICAL CENTER, <br> *Defendant* | Civil Action No.  4:18-CV-5123-TOR |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:  All claims and causes of action in this matter are DISMISSED without prejudice.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  Thomas O. Rice  on Plaintiff's Motion to Withdraw/Dismiss Complaint ECF No. 7.

Date:  August 9, 2018

*CLERK OF COURT*

SEAN F. McAVOY

s/ Linda L. Hansen
*(By) Deputy Clerk*

Linda L. Hansen